# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND WARREN RICHARDSON,<br><br>    Petitioner,<br><br> v.<br><br>RON DAVIS, Warden,<br><br>    Respondent. | Case No. EDCV 16-0223 JFW (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 22, 2017

                _____
                JOHN F. WALTER
                UNITED STATES DISTRICT JUDGE